UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-cv-23980-JLK

ALYSSA FREIRE,

    Plaintiff,

v.

ADRIENNE ARSHT CENTER
FOUNDATION, INC., A Florida
Not for Profit Corporation,

    Defendant.
_____/

## ORDER ON UNOPPOSED MOTION FOR EXTENSION

THIS CAUSE came before the Court on Defendant Adrienne Arsht Center Foundation, Inc.'s Unopposed Motion For Extension of Time (ECF No. 6) in which to respond to Plaintiff's Complaint. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is GRANTED. Defendant shall file a responsive pleading or motion on or before December 4, 2019.

DONE AND ORDERED at The James Lawrence King Federal Justice Building in Miami, Florida, this ___ day of November, 2019.

                                          JAMES LAWRENCE KING
                                          UNITED STATES DISTRICT JUDGE
                                          SOUTHERN DISTRICT OF FLORIDA

Copies furnished to
all counsel of record